**Order filed September 27, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00596-CV

_____

### ROBERT PAUL MUIR AND SHARON C. MUIR, Appellants

### V.

### U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST BOA LEGACY 2018, Appellee

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-278486**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 434th Judicial District Court informed this court that appellants had not requested preparation of the reporter's record. On August 22, 2022, the clerk of this court notified appellants that we would consider and decide those issues that do not require a reporter's record unless appellants, within 15 days of notice, provided this court with proof of the request as well as payment for the record. *See* Tex. R. App. P. 37.3(c). Appellants filed no reply.

Accordingly, we order appellants to file a brief in this appeal within thirty days of the date of this order. If appellants fail to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.